# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE BANK OF NEW YORK MELLON, N/K/A BNY MELLON, N.A.,

Appellant,

vs.

BARGAIN PROPERTIES, LLC, , A NEVADA LIMITED LIABILITY COMPANY,

Respondent.

No. 78487

**FILED**

JAN 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. James Crockett, District Judge
        Ballard Spahr LLP/Las Vegas
        Greene Infuso, LLP
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

20-02439